

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

> Application GRANTED.  The initial pre-trial conference in this matter is adjourned to **February 21, 2024, at 4:20 P.M.**  The parties shall jointly file the materials described in the Order at Dkt. 4 by **February 14, 2024**. Defendant shall answer, move or otherwise respond to the Complaint by **February 29, 2024.**
>
> Dated: January 11, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

January 10, 2024

<u>Via ECF</u>

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Securities and Exchange Commission v. Brite Advisors USA, Inc.*
Case No. 1:23-cv-10212 (LGS)
Request to Adjourn Initial Pretrial Conference

Dear Judge Schofield:

Pursuant to the Court's Individual Rules and Procedures for Civil Cases Rule I.B.3, Plaintiff Securities and Exchange Commission (the "Commission") respectfully requests that the Initial Pretrial Conference in the above-referenced civil action, currently scheduled for January 17, 2024, be adjourned to February 21, 2024, or a later date convenient to the court. The Commission also requests that the deadline to file the corresponding joint letter due to be filed January 10, 2024, be adjourned to February 14, 2024, or a later date convenient to the Court. The parties have also consented to extend the date by which Defendant must answer or otherwise move in response to the complaint—currently January 26, 2024—to February 29, 2024.

The Commission has been informed by Carlton Fields, P.A., counsel for Brite Advisors USA, Inc. ("Brite USA"), that they will not be representing Brite USA in the above-captioned litigation. The Commission has been further informed by Carlton Fields that Brite USA has interviewed potential counsel for this matter; however, due to current financial constraints, counsel has not been retained at this time. Brite USA has also expressed interest in working towards a possible settlement.

Additionally, as Brite USA has yet to retain counsel to enter an appearance on its behalf in this action, currently there is no case management plan or other case details to discuss with the Court. For these reasons, the Commission seeks an adjournment of the Initial Pretrial Conference.

No previous requests for adjournments have been made in this case. The Commission discussed this request to adjourn the Initial Pretrial Conference with Carlton Fields, who was given limited authority by Brite USA to discuss this issue. Brite USA consents to this request.

For these reasons, the Commission requests that the Initial Pretrial Conference be adjourned to February 21, 2024, or a later date convenient to the court, and that the corresponding deadline to file the joint letter be adjourned to February 14, 2024, or a later date convenient to the Court.

The Commission also consents to extending the date by which Brite USA must answer or otherwise move in response to the complaint to February 29, 2024.

Sincerely,

Travis Hill
Travis Hill
Senior Trial Counsel
Securities & Exchange Commission
(212) 336-9135
hilltr@sec.gov