UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                   :

SECURITIES AND EXCHANGE          :
COMMISSION,                            :
                         Plaintiff,    :          23 Civ. 10212 (LGS)
                                   :
           -against-            :             ORDER
                                   :

BRITE ADVISORS USA, INC.,        :
                       Defendant.  :
                                 X

-----------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pre-trial conference was scheduled for April 10, 2024, at 4:20 pm;

    WHEREAS, the Court's Order dated April 4, 2024, allows Plaintiff to move for default

judgement no later than April 25, 2024, should counsel for Defendant fail to appear by April 18,

2024.  It is hereby

    **ORDERED** that the initial pre-trial conference scheduled for April 10, 2024, is adjourned

to **April 25, 2024**, at **4:20 p.m.**

Dated:  April 8, 2024
          New York, New York

                                    LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE