

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

April 16, 2024

Application **GRANTED**.  Plaintiff shall file any motion for default judgment by **May 1, 2024.**  The conference scheduled for April 25, 2024, is adjourned to **May 15, 2024, at 4:20pm**.

**Via ECF**

Dated: April 17, 2024
       New York, New York

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*[signature]*
**Lorna G. Schofield
United States District Judge**

Re:   *SEC v. Brite Advisors USA, Inc.*, 23 Civ. 10212 (LGS)

Dear Judge Schofield:

Pursuant to Rule I.B.3 of the Court's Individual Rules and Procedures for Civil Cases, Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this letter requesting that the deadline by which the Commission must move for default judgment and the initial pretrial conference in the above-captioned matter, both currently scheduled for April 25, 2024, be rescheduled for May 1, 2024, or a later date convenient to the Court.

The Commission seeks this brief adjournment because the undersigned lead counsel for the Commission in this matter has previously scheduled international travel and will be out of the country from April 23 through April 29, 2024. This is the Commission's first request to adjourn the deadline by which the default application must be filed. Two prior requests to adjourn the initial pretrial conference were made and granted in this case due to Defendant Brite Advisors USA, Inc.'s ("Brite USA") failure to retain counsel. The Commission joined the first request in January 2024 and consented to the second request in February 2024, as there was no case management plan or case details to discuss with the court. The Commission has not sought Brite USA's consent to this request, as the company is in default and has not appeared in this matter.

As such, the Commission respectfully requests that both the deadline by which the Commission must move for default judgment and the initial pretrial conference be adjourned from April 25, 2024, to May 1, 2024, or a later date convenient to the Court.

Respectfully submitted,

*Travis Hill*

Travis Hill
Senior Trial Counsel

cc:   Brite Advisors USA, Inc.
      (by email to Natalie Napierala at nnapierala@carltonfields.com)