UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,
                            Plaintiff,          23 Civ. 10212 (LGS)

            -against-                        ORDER

BRITE ADVISORS USA, INC.,
                            Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was scheduled for May 15, 2024, at 4:20 pm;

WHEREAS, on May 1, 2024, Plaintiff filed a proposed order of default judgment against Defendant;

WHEREAS, on May 2, 2024, the Court issued an Order for Defendant to show cause why default judgment should not issue and to appear at a hearing on May 29, 2024.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for May 15, 2024, is adjourned sine die.   It is further

**ORDERED** that by May 10, 2024, Plaintiff shall file proof of service of this order upon Defendant.

Dated: May 8, 2024
       New York, New York

                                                   LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE