UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION.,
                               Plaintiff,          23 Civ. 10212 (LGS)

           -against-                    ORDER

BRITE ADVISORS USA, INC.,
                               Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 2, 2024, required Plaintiff to file proof of service of the Court's Order by May 8, 2024;

WHEREAS, Plaintiff has failed to file proof of service. It is hereby

**ORDERED** that, by **May 14, 2024**, Plaintiff shall file proof of service of the May 2, 2024 Order.

Dated: May 13, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE