UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION.,

                              Plaintiff,                   23 Civ. 10212 (LGS)

                    -against-                            ORDER

BRITE ADVISORS USA, INC.,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a show cause hearing was held on May 29, 2024;

WHEREAS, an individual attended the hearing on behalf of Defendant, but Defendant failed to appear through counsel at the hearing.  As discussed at the conference, it is hereby

**ORDERED** that, by **June 19, 2024**, Defendant shall have counsel appear in this case.  If counsel cannot appear by June 19, 2024, Defendant shall send a letter to Plaintiff, for Plaintiff to file on the docket, explaining the failure to retain counsel.

Dated: May 30, 2024
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE