UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

-against-

BRITE ADVISORS USA, INC.,

                              Defendant.
------------------------------------------------------------X

23 Civ. 10212 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a show cause hearing was held on May 29, 2024;

WHEREAS, Defendant was ordered to have counsel appear by June 19, 2024. Counsel for Defendant has now appeared. It is hereby

**ORDERED** that, by **June 26, 2024**, the parties shall file a joint status letter proposing next steps in this litigation.

Dated: June 20, 2024
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE