UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                         Plaintiff,          23 Civ. 10212 (LGS)

            -against-                    ORDER

BRITE ADVISORS USA, INC.,

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 12, 2024, required the parties to file a status letter on September 22, 2024, and every 45 days thereafter, as outlined in Individual Rule III.D.3.

WHEREAS, a status letter was due on November 4, 2024.

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **November 12, 2024**, the parties shall file the status letter.

Dated: November 8, 2024
New York, New York

                                                     LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE