UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SECURITIES & EXCHANGE COMMISSION,

                               Plaintiff,          23 Civ. 10212 (LGS)

           -against-                         ORDER

BRITE ADVISORS USA, INC.,

                              Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED. Should the parties make a timely application to restore the action, they may also renew their application to extend the discovery period.

Dated: February 4, 2025
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE